IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TROY PATTERSON,

    Petitioner,

- vs -

TERRY A TIBBALS, Warden,
London Correctional Institution,

    Respondent.

Case No. 3:16-cv-098

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 54), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 26, 2018, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Petition herein, as amended, be DISMISSED WITH PREJUDICE. Because reasonable jurists would not disagree with this conclusion, Petitioner IS denied a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and, therefore, should not be permitted to proceed *in forma pauperis*.

The Clerk shall enter judgment accordingly and the case shall be terminated on the docket records of this Court.

November 28, 2018.

                                                     Walter H. Rice
                                          United States District Judge